RACHEL E. KAUFMAN (Cal. Bar No. 259353)
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Attorney for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK AUSSIEKER,** individually and on behalf of all others similarly situated, | Case No. 8:21-cv-00531-DOC-JDE |
| *Plaintiff,* | **STIPULATION OF DISMISSAL** |
| *v.* | Judge: Honorable David O. Carter |
| **VERCY LLC,** | |
| *Defendant.* | |

PLEASE TAKE NOTICE that Plaintiff Mark Aussieker and Defendant Vercy LLC hereby stipulate to the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

So Stipulated.

Respectfully Submitted,

Dated: July 13, 2021                    By:  */s/ Rachel E. Kaufman*

Rachel E. Kaufman
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Counsel for Plaintiff and all others similarly situated*

By:  */s/ Brent R. Phillips*
     Brent R. Phillips
     Phillips Law Corporation
     *Attorney for Defendant Vercy, LLC*

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)

Pursuant to Local Rule 5-4.3.4(2)(i), I, Rachel Kaufman, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.


By:  */s/ Rachel E. Kaufman*
     Rachel E. Kaufman

-2-

Stipulation for Dismissal
Case No. 8:21-cv-00531-DOC-JDE