# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK AUSSIEKER**, individually on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>**VERCY LLC**,<br><br>        Defendant. | CASE NO. 8:21-cv-00531-DOC-JDE<br><br>[PROPOSED] ORDER OF DISMISSAL |

Pursuant to the parties' stipulation, this action is hereby dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

SO OREDERED.

Dated this ___ day of _____, 2021.

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE