JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK AUSSIEKER**, individually on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>**VERCY LLC**,<br><br>        Defendant. | CASE NO. 8:21-cv-00531-DOC-(JDEx)<br><br>ORDER OF DISMISSAL [18] |

Pursuant to the parties' stipulation, this action is hereby dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

SO OREDERED.

Dated this 13th day of July, 2021.

*David O. Carter*

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE